UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SIR JOHN GREYSTOKE,<br><br>                Plaintiff,<br><br>    v.<br><br>CLALLAM COUNTY CORRECTIONS FACILITY, et al,<br><br>                Defendants. | Case No. 3:18-cv-05217-RJB-TLF<br><br>ORDER TO SHOW CAUSE REGARDING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

This matter comes before the Court on plaintiff's filing of an application to proceed *in forma pauperis* (Dkt. 1) and a proposed civil rights complaint under 42 U.S.C. § 1983 (Dkt. 1-1). To file a complaint and initiate legal proceedings plaintiff must pay a Court filing fee of $400.00 or file a proper application to proceed *in forma pauperis*.

On March 16, 2018, plaintiff filed his application and proposed complaint. Dkt. 1, Dkt. 1-1. That same day, the Clerk's Office sent plaintiff a letter informing plaintiff that his application was deficient – namely, that it did not include a certified copy of plaintiff's prison trust account statement – and giving plaintiff to provide that statement by April 19, 2008. Dkt. 2. To date, however, plaintiff has not done so.

Accordingly, the Court hereby finds and ORDERS that plaintiff shall seek to cure this deficiency by filing a certified copy of his prison trust account statement by **no later than July 3, 2018**. **Failure to cure this deficiency by this date shall be deemed a failure to properly**

ORDER TO SHOW CAUSE REGARDING APPLICATION
TO PROCEED IN FORMA PAUPERIS - 1

**prosecute this matter, resulting in a recommendation that this matter be dismissed.**

Dated this 4th day of June, 2018.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER TO SHOW CAUSE REGARDING APPLICATION
TO PROCEED IN FORMA PAUPERIS - 2