UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN GREYSTOKE,

     Plaintiff,

 v.

CLALLAM COUNTY CORRECTIONS FACILITY, et al,

     Defendants.

Case No. 3:18-cv-05217-RJB-TLF

ORDER DISMISSING PLAINTIFF'S COMPLAINT

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

 (1) The Court adopts the Report and Recommendation (Dkt. 18),

 (2) plaintiff's amended complaint fails is frivolous;

 (3) plaintiff's amended complaint hereby is DISMISSED; and

 (4) this dismissal counts as a "strike" under 28 U.S.C. § 1915.

 Dated this 3rd day of January, 2019.

          _____
          ROBERT J. BRYAN
          United States District Judge